UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| GLORIA GARNETT WORKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7: 16-261-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | **JUDGMENT** |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The administrative decision of Nancy A. Berryhill, Acting Commissioner of Social Security, is **REVERSED** and this action is **REMANDED** for further consideration by the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 5th day of September, 2017.

